IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irene Anders, et al.<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>　　　　　　　　　Defendants. | Cause No.  3:06-cv-5451-CRB<br><br>MDL  :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

## STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel that the case against the Celebrex defendants (**Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC**) brought by Joyce Seets are VOLUNTARILY DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Each side will bear its own costs. If plaintiff Joyce Seets is to refile their actions, plaintiff Joyce Seets can only do so in federal court. Plaintiff Joyce Seets' case in the above styled action remains pending **against Merck for Vioxx-related injuries.**

GORDEN & REES

By:_____/s/Stuart M. Gordon_____

　　Stuart M. Gordon
　　275 Battery St., 20th Floor
　　Suite 200
　　San Francisco, CA 94111
　　415-986-5900

JEFFREY J. LOWE, PC

By:_____/s/Jeffrey J. Lowe_____

Jeffrey J. Lowe　　#10538
Francis J. "Casey" Flynn #118147
Attorney for Plaintiff
8235 Forsyth, Suite 1100
　　St. Louis, Missouri 63105

415-896-8054  
Attorney for Defendants

(314) 678-3400  
Fax: (314) 678-3401  
John Carey  
Joseph P. Danis  
David Bauman  
Sarah Hale  
CAREY & DANIS, LLC  
8235 Forsyth Boulevard, Suite 1100  
St. Louis MO 63105  
Telephone: 314-725-7700  
Facsimile: 314-721-0905

Charles Lampin  
Kell Lampin LLC  
4700 Mexican Rd.  
St. Peters, Missouri 63376  
636-498-4000

T. Evan Schaeffer  
Andrea B. Lamere  
SCHAEFFER & LAMERE, P.C.  
5512 Godfrey Road  
Highway 67, Suite B  
Godfrey, IL 62035  
618-467-8200

Evan Buxner  
Walther Glenn Law Offices  
10 S. Brentwood Blvd., Suite 102  
St. Louis, MO 63105  
314-725-9595  
Fax: 314-725-9597

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irene Anders, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>                Defendants. | Cause No.   3:06-cv-5451-CRB<br><br>MDL   :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiff Joyce Seets' claims against the Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.  Plaintiff Joyce Seets' case in the above styled action remains pending against Merck for Vioxx-related injuries.  All other plaintiffs' claims remain pending in the above styled action.

April 6, 2007

United States District Judge Charles R. Breyer



IT IS SO ORDERED
Judge Charles R. Breyer