1 Jeffrey J. Lowe
**The Lowe Law Firm**
2 8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
3 Telephone: 314-678-3400
Facsimile: 314-678-3401
4 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-5451 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Irene Anders, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Walgreen Co., et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Irene Anders, Judith Thompson, and Richard Reed, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice as to the plaintiffs named herein only with each side bearing its own attorneys'

-1-

fees and costs.

DATED: 9/14, 2010   By: /s/

THE LOWE LAW FIRM
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401

*Attorneys for Plaintiffs*

DATED: Sept. 23, 2010   By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 9/24/2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE